DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## McMANUS v. GAMBILL

No. 349P84.

Case below: 68 N.C. App. 563.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## MARTIN v. HARTFORD ACCIDENT AND INDEMNITY CO.

No. 341P84.

Case below: 68 N.C. App. 534.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## MAYER v. MAYER

No. 149P84.

Case below: 66 N.C. App. 522.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

## MILLER v. RUTH'S OF NORTH CAROLINA, INC.

No. 238P84.

Case below: 68 N.C. App. 40.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## MITCHELL v. PARKER

No. 309P84.

Case below: 68 N.C. App. 458.

Petitions by defendants (Hall and Parker) for discretionary review under G.S. 7A-31 denied 28 August 1984.